KARADZOLE, CONSUL GENERAL OF FEDERAL PEOPLE'S REPUBLIC OF YUGOSLAVIA, ET AL. *v.* ARTUKOVIC.

No. 462.   Decided January 20, 1958.

*Lawrence S. Lesser* and *George E. Danielson* for petitioners.

*Solicitor General Rankin* filed a memorandum for the United States.

*Robert T. Reynolds* for respondent.

PER CURIAM.

The petition for writ of certiorari is granted. The judgment is vacated and the case is remanded to the United States District Court for the Southern District of California for the discharge of the writ of habeas corpus and the remand of respondent to the custody of the United States Marshal in order that a hearing be held under 18 U. S. C. § 3184.

MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS dissent.